66 A.3d 1270

IN THE MATTER OF GERALD M. SALUTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 041631992).

June 7, 2013.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 12–311, concluding that **GERALD M. SALUTI** of **NEWARK,** who was admitted to the bar of this State in 1992,

should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **GERALD M. SALUTI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.